

**Computershare Governance Services, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

06/27/2022

Wendy's International, LLC
Megan  Geiger
Wendy's International, LLC
One Dave Thomas Blvd.
Dublin OH 43017

# SERVICE OF PROCESS NOTICE

Item: 2022-268

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| 1. | Entity Served: | Wendy's International, LLC |
|---|---|---|
| 2. | Title of Action: | Latasha Colvard vs. Wendy's International, LLC, and Wendy's Properties, LLC |
| 3. | Document(s) Served: | Summons<br>Proof of Service of Summons and Complaint/Petition<br>Compliant at Law<br>Rule 222(b) Affidavit |
| 4. | Court/Agency: | Cook County Circuit Court |
| 5. | State Served: | Illinois |
| 6. | Case Number: | 2022L005306 |
| 7. | Case Type: | Negligence |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Thursday 06/23/2022 |
| 10. | Date to Client: | Monday 06/27/2022 |
| 11. | # Days When Answer Due:<br>Answer Due Date: | 30<br>Saturday 07/23/2022 | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | Patricia A. Hudson<br>Chicago, IL<br>312-586-1700 |
| 13. | Shipped To Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 141 |
| 16. | Notes: | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

Phone: 866 820 7754, Option 2 | www.cgsregisteredagent.com

eating Date: No hearing scheduled
ocation: <<CourtLocation>>
udge: Calendar, C

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

**STATE OF ILLINOIS,**
**CIRCUIT COURT**

Cook _____ **COUNTY**

## SUMMONS

*For Court Use Only*

\* 5 0 1 7 9 7 6 1 \*
FILED
6/15/2022 2:18 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005306
Calendar, C
18302076

**Instructions ▼**

Enter above the county name where the case was filed.

Latasha Colvard
_____
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/ Respondents.

Wendy's International, LLC, and Wendy's Properties, LLC
_____
**Defendant / Respondent** *(First, middle, last name)*   LLC

2022 L 005306
_____
**Case Number**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**

In **1a,** enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

  a. Defendant/Respondent's primary address/information for service:
     Name *(First, Middle, Last)*:  Wendy's International, LLC.
     Registered Agent's name, if any:  United Agent Group, Inc.
     Street Address, Unit #:  350 S. Northwest Highway, Suite 300
     City, State, ZIP:  Park Ridge, IL 60068
     Telephone: _____  Email: _____

In **1b,** enter a second address for Defendant/ Respondent, if you have one.

  b. If you have more than one address where Defendant/Respondent might be found, list that here:
     Name *(First, Middle, Last)*: _____
     Street Address, Unit #: _____
     City, State, ZIP: _____
     Telephone: _____  Email: _____

In **1c,** check how you are sending your documents to Defendant/ Respondent.

  c. Method of service on Defendant/Respondent:
     ☑ Sheriff          ☐ Sheriff outside Illinois: _____
                                                      *County & State*
     ☐ Special process server          ☐ Licensed private detective

SU-S 1503.2                    Page 1 of 4                    (06/21)

Enter the Case Number given by the Circuit Clerk: _____

\* 5 0 1 7 9 7 6 1 \*

| In **2**, enter the amount of money owed to you. |
|---|

**2.**  **Information about the lawsuit:**

Amount claimed:  $ 50,000.00

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
|---|

**3.**  **Contact information for the Plaintiff/Petitioner:**

Name (First, Middle, Last):  TPMB, LLC - Attorney Patricia A. Hudson

Street Address, Unit #:  225 W. Wacker Drive, Suite 1650

City, State, ZIP:  Chicago, IL 60606

Telephone:  (312) 586-1700     Email:  Phudson@tpmblegal.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.* To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|

**4.**  **Instructions for person receiving this *Summons* (Defendant):**

[✓] a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:  Richard J. Daley Center - 50 W. Washington Street, Room 801

City, State, ZIP:  Chicago, IL 60606

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

[ ] b.  Attend court:

On: _____ at _____ [ ] a.m. [ ] p.m. in _____
    *Date*                    *Time*                              *Courtroom*

**In-person at:**

_____
*Courthouse Address*     *City*           *State*      *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
              *Call-in number for telephone remote appearance*

By video conference: _____
                     *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                          *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
   *Website*

| **STOP!** The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:** 6/15/2022 2:18 PM IRIS Y. MARTINEZ

**Clerk of the Court:** _____

*Seal of Court*

| **STOP!** The officer or process server will fill in the Date of Service. |
|---|

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>* 5 0 1 7 9 7 6 1 * |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Latasha Colvard _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Wendy's International, LLC, and Wendy's Properties, LLC _____<br>**Defendant / Respondent** *(First, middle, last name)* | 2022 L 005306 _____<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
        *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

     ☐ Personally on the Defendant/Respondent:
        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

     ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on _____ , 20 _____ .
     ☐ On the Corporation's agent, _____
                      *First, Middle, Last*

        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\* 5 0 1 7 9 7 6 1 \*

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____

*Signature by:*  ☐ Sheriff
　　　　　　　☐ Sheriff outside Illinois:

_____
*County and State*

☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00 _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

earing Date: No hearing scheduled This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
ocation: <<CourtRoomNumber>>
udge: Calendar, C

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only<br>* 5 0 1 7 9 7 6 1 *<br>FILED<br>6/15/2022 2:18 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L005306<br>Calendar, C<br>18302076 |
|---|---|---|
| Cook _____ COUNTY | | |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | Latasha Colvard _____<br>**Plaintiff / Petitioner** (First, middle, last name) |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | Wendy's International, LLC, and Wendy's Properties, LLC<br>**Defendant / Respondent** (First, middle, last name) LLC |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

2022 L 005306
**Case Number**

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

1. **Defendant/Respondent's address and service information:**

| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service:<br>Name (First, Middle, Last): Wendy's International, LLC.<br>Registered Agent's name, if any: United Agent Group, Inc.<br>Street Address, Unit #: 350 S. Northwest Highway, Suite 300<br>City, State, ZIP: Park Ridge, IL 60068<br>Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name (First, Middle, Last): _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff    ☐ Sheriff outside Illinois: _____<br>                         _County & State_<br>☐ Special process server    ☐ Licensed private detective |

SU-S 1503.2                                      Page 1 of 4                                      (06/21)

\* 5 0 1 7 9 7 6 1 \*

| In **2**, enter the amount of money owed to you. |
|---|

**2. Information about the lawsuit:**

Amount claimed: $ 50,000.00

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
|---|

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last):*   TPMB, LLC - Attorney Patricia A. Hudson

Street Address, Unit #:   225 W. Wacker Drive, Suite 1650

City, State, ZIP:   Chicago, IL 60606

Telephone:   (312) 586-1700   Email:   Phudson@tpmblegal.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:   Richard J. Daley Center - 50 W. Washington Street, Room 801

City, State, ZIP:   Chicago, IL 60606

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

☐ b.  Attend court:

On: _____   at _____   ☐ a.m. ☐ p.m. in _____
    *Date*                          *Time*                                              *Courtroom*

**In-person at:**

| In **4b**, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

_____   _____   _____   _____
*Courthouse Address*      *City*                          *State*          *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
              *Call-in number for telephone remote appearance*

By video conference: _____
                    *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                          *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
   *Website*

| STOP! The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:** 6/15/2022 2:18 PM IRIS Y. MARTINEZ

**Clerk of the Court:** _____

*Seal of Court*

| STOP! The officer or process server will fill in the Date of Service. |
|---|

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

Cook COUNTY

* 5 0 1 7 9 7 6 1 *

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | Latasha Colvard |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. |
| | Wendy's International, LLC, and Wendy's Properties, LLC |
| | **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2022 L 005306**
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
                          *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                                    *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

\* 5 0 1 7 9 7 6 1 \*

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return:  $ _____
Miles _____     $ _____
Total                $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Case: 1:22-cv-03782 Document #: 1-1 Filed: 07/21/22 Page 10 of 24 PageID #:14
\* 5 0 1 7 9 7 6 1 \*

FILED
6/13/2022 3:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005306
Calendar, C
18269880

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LATASHA COLVARD,

    Plaintiff,

vs.                   **Court No.**

WENDY'S INTERNATIONAL, LLC,    **Jury Demand**
and WENDY'S PROPERTIES, LLC,

    Defendant.

## COMPLAINT AT LAW

### COUNT I – NEGLIGENCE
### Latasha Colvard v. Wendy's International, LLC

NOW COMES Plaintiff, **LATASHA COLVARD**, by and through her attorneys, Taxman, Pollock, Murray & Bekkerman, LLC, and complains against Defendants, **WENDY'S INTERNATIONAL, LLC**, and states as follows:

1.    At all times relevant to this cause of action, Plaintiff **LATASHA COLVARD** (hereinafter "**LATASHA**") was a resident of the County of Cook, State of Illinois.

2.    At all times relevant to this cause of action, Defendant **WENDY'S INTERNATIONAL, LLC** (hereinafter "**WENDY'S INTERNATIONAL**") was a domestic corporation licensed to do business in the State of Illinois with its registered agent address as United Agent Group, Inc., 350 South Northwest Highway, Suite 300, Park Ridge, Illinois 60068.

3.    On March 24, 2021, and for a long time prior thereto, the Defendant **WENDY'S INTERNATIONAL**, owned, leased, possessed, operated, managed, maintained, designed, inspected, planned, and controlled or had a duty to own, lease, possess, operate, manage, maintain, design, inspect, plan and control, both directly and indirectly, individually and through its agent,

1

* 5 0 1 7 9 7 6 1 *

servants and employees, a certain premise located at or near 8645 South Stony Island Avenue, Chicago, Illinois 60617.

4.     On March 24, 2021, Plaintiff **LATASHA**, was lawfully on the premises of Defendant **WENDY'S INTERNATIONAL**, located at 8645 South Stony Island Avenue, Chicago, Illinois 60617 (hereinafter "premises") as a customer of the store.

5.     On and before March 24, 2021, and at all times relevant, Defendant **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants and employees, retained the right to control, manage and maintain the aforesaid premises.

6.     That at the aforementioned time and place and prior thereto, Defendant **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants, and employees, had a duty to use ordinary care for the safety of the Plaintiff **LATASHA**.

7.     That at the aforesaid time and place, Plaintiff **LATASHA** was walking within the premises to exit.

8.     That Defendant **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants and employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a.   Improperly operated, managed, maintained, and controlled the aforesaid premises, so that as a direct and proximate result thereof, the Plaintiff was injured;

   b.   Created a dangerous condition on the premises;

   c.   Allowed and permitted liquid to be on the floor of the premises;

   d.   Failed to warn customers, including Plaintiff of the liquid on the floor of the premises;

   e.   Failed to maintain the floors, aisles and/or customer walkways entering and exiting the premises, in a reasonable, safe and proper condition;

2

f. Failed to properly and adequately remove liquid from the floor of the premises;

g. Failed to make a reasonable inspection of the aforesaid floors when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

h. Failed to warn the Plaintiff of the dangerous condition on the floors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

i. Failed to warn, block off, post signage, and/or barricade the floor to prevent injury to Plaintiff;

j. Failed to ensure a safe, suitable and proper place for Plaintiff to walk while she was a customer in the premises;

k. Failed to provide adequate safeguards to prevent the Plaintiff from injury while lawfully upon said premises;

l. Failed to provide the Plaintiff with a safe pathway to walk within the premises;

m. Failed to provide the Plaintiff with a safe pathway to walk while exiting the premises; and/or

n. Was otherwise careless or negligent.

9. That on the aforementioned date and as a result of the aforesaid acts of the Defendant **WENDY'S INTERNATIONAL**, the Plaintiff was caused to slip and fall due to liquid on the floor of the premises as she was exiting the restaurant.

10. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant **WENDY'S INTERNATIONAL**, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. The Plaintiff also suffered great pain and anguish; both in mind and body and will in the future continue to suffer. The Plaintiff further

expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LATASHA COLVARD, demands judgment against the Defendant **WENDY'S INTERNATIONAL**, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

## COUNT II - PREMISES
### Latasha Colvard v. Wendy's International, LLC

NOW COMES the Plaintiff, **LATASHA COLVARD**, by and through her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and brings this Complaint at Law against Defendant **WENDY'S INTERNATIONAL, LLC**, and in support thereof, states as follows:

1.      At all times relevant to this cause of action, Plaintiff **LATASHA COLVARD** (hereinafter "**LATASHA**") was a resident of the County of Cook, State of Illinois.

2.      At all times relevant to this cause of action, Defendant **WENDY'S INTERNATIONAL, LLC** (hereinafter "**WENDY'S INTERNATIONAL**") was a domestic corporation licensed to do business in the State of Illinois with its registered agent address as United Agent Group, Inc., 350 South Northwest Highway, Suite 300, Park Ridge, Illinois 60068.

3.      On March 24, 2021, and for a long time prior thereto, the Defendant **WENDY'S INTERNATIONAL**, owned, leased, possessed, operated, managed, maintained, designed, inspected, planned, and controlled or had a duty to own, lease, possess, operate, manage, maintain, design, inspect, plan and control, both directly and indirectly, individually and through its agent, servants and employees, a certain premise located at or near 8645 South Stony Island Avenue, Chicago, Illinois 60617.

4

* 5 0 1 7 9 7 6 1 *

4.      On March 24, 2021, Plaintiff **LATASHA**, was lawfully on the premises of Defendant **WENDY'S INTERNATIONAL**, located at 8645 South Stony Island Avenue, Chicago, Illinois 60617 (hereinafter "premises") as a customer of the store.

5.      On and before March 24, 2021, and at all times relevant, Defendant **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants and employees, retained the right to control, manage and maintain the aforesaid premises.

6.      On March 24, 2021 and prior thereto, the Defendant, **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants and employees, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

7.      That at the aforesaid time and place, Plaintiff **LATASHA** was walking within the premises to exit the restaurant.

8.      Defendant **WENDY'S INTERNATIONAL**, individually and/or by and through its agents, servants and employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

        a.   Improperly operated, managed, maintained, and controlled the aforesaid premises, so that as a direct and proximate result thereof, the Plaintiff was injured;

        b.   Created a dangerous condition on the premises;

        c.   Allowed and permitted liquid to be on the floor of the premises;

        d.   Failed to warn customers, including Plaintiff of the liquid on the floor of the premises;

        e.   Failed to maintain the floors, aisles and/or customer walkways entering and exiting the premises, in a reasonable, safe and proper condition;

f.  Failed to properly and adequately remove liquid from the floor of the premises;

g.  Failed to make a reasonable inspection of the aforesaid floors when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

h.  Failed to warn the Plaintiff of the dangerous condition on the floors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

i.  Failed to warn, block off, post signage, and/or barricade the floor to prevent injury to Plaintiff;

j.  Failed to ensure a safe, suitable and proper place for Plaintiff to walk while she was a customer in the premises;

k.  Failed to provide adequate safeguards to prevent the Plaintiff from injury while lawfully upon said premises;

l.  Failed to provide the Plaintiff with a safe pathway to walk within the premises;

m.  Failed to provide the Plaintiff with a safe pathway to walk while exiting the premises; and/or

n.  Was otherwise careless or negligent.

9.  That on the aforementioned date and as a result of the aforesaid acts of the Defendant **WENDY'S INTERNATIONAL**, the Plaintiff was caused to slip and fall due to liquid on the floor of the premises as she was exiting the restaurant.

10.  That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant **WENDY'S INTERNATIONAL**, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. The Plaintiff also suffered great pain and anguish; both in mind and body and will in the future continue to suffer. The Plaintiff further

*50179761*

expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, **LATASHA COLVARD**, demands judgment against the Defendant, **WENDY'S INTERNATIONAL**, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

### COUNT III – NEGLIGENCE
### Latasha Colvard v. Wendy's Properties, LLC

NOW COMES Plaintiff, **LATASHA COLVARD**, by and through her attorneys, Taxman, Pollock, Murray & Bekkerman, LLC, and complains against Defendants, **WENDY'S PROPERTIES, LLC**, and states as follows:

1. At all times relevant to this cause of action, Plaintiff **LATASHA COLVARD** (hereinafter "**LATASHA**") was a resident of the County of Cook, State of Illinois.

2. At all times relevant to this cause of action, Defendant **WENDY'S PROPERTIES, LLC** (hereinafter "**WENDY'S PROPERTIES**") was a domestic corporation licensed to do business in the State of Illinois with its registered agent address as United Agent Group, Inc., 350 South Northwest Highway, Suite 300, Park Ridge, Illinois 60068.

3. On March 24, 2021, and for a long time prior thereto, the Defendant **WENDY'S PROPERTIES**, owned, leased, possessed, operated, managed, maintained, designed, inspected, planned, and controlled or had a duty to own, lease, possess, operate, manage, maintain, design, inspect, plan and control, both directly and indirectly, individually and through its agent, servants and employees, a certain premise located at or near 8645 South Stony Island Avenue, Chicago, Illinois 60617.

4. On March 24, 2021, Plaintiff **LATASHA**, was lawfully on the premises of Defendant **WENDY'S PROPERTIES**, located at 8645 South Stony Island Avenue, Chicago, Illinois 60617 (hereinafter "premises") as a customer of the store.

5. On and before March 24, 2021, and at all times relevant, Defendant **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants and employees, retained the right to control, manage and maintain the aforesaid premises.

6. That at the aforementioned time and place and prior thereto, Defendant **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants, and employees, had a duty to use ordinary care for the safety of the Plaintiff **LATASHA**.

7. That at the aforesaid time and place, Plaintiff **LATASHA** was walking within the premises to exit the restaurant.

8. That Defendant **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants and employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

  a. Improperly operated, managed, maintained, and controlled the aforesaid premises, so that as a direct and proximate result thereof, the Plaintiff was injured;

  b. Created a dangerous condition on the premises;

  c. Allowed and permitted liquid to be on the floor of the premises;

  d. Failed to warn customers, including Plaintiff of the liquid on the floor of the premises;

  e. Failed to maintain the floors, aisles and/or customer walkways entering and exiting the premises, in a reasonable, safe and proper condition;

  f. Failed to properly and adequately remove liquid from the floor of the premises;

g.  Failed to make a reasonable inspection of the aforesaid floors when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

h.  Failed to warn the Plaintiff of the dangerous condition on the floors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

i.  Failed to warn, block off, post signage, and/or barricade the floor to prevent injury to Plaintiff;

j.  Failed to ensure a safe, suitable and proper place for Plaintiff to walk while she was a customer in the premises;

k.  Failed to provide adequate safeguards to prevent the Plaintiff from injury while lawfully upon said premises;

l.  Failed to provide the Plaintiff with a safe pathway to walk within the premises;

m.  Failed to provide the Plaintiff with a safe pathway to walk while exiting the premises; and/or

n.  Was otherwise careless or negligent.

9.      That on the aforementioned date and as a result of the aforesaid acts of the Defendant **WENDY'S PROPERTIES**, the Plaintiff was caused to slip and fall due to liquid on the floor of the premises as she was exiting the restaurant.

10.      That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant **WENDY'S PROPERTIES**, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned.  The Plaintiff also suffered great pain and anguish; both in mind and body and will in the future continue to suffer.  The Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

9

* 5 0 1 7 9 7 6 1 *

WHEREFORE, the Plaintiff, **LATASHA COLVARD**, demands judgment against the Defendant **WENDY'S PROPERTIES, LLC**, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

### COUNT IV - PREMISES
### Latasha Colvard v. Wendy's Properties, LLC

NOW COMES the Plaintiff, **LATASHA COLVARD**, by and through her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and brings this Complaint at Law against Defendant **WENDY'S PROPERTIES, LLC**, and in support thereof, states as follows:

1.      At all times relevant to this cause of action, Plaintiff **LATASHA COLVARD** (hereinafter "**LATASHA**") was a resident of the County of Cook, State of Illinois.

2.      At all times relevant to this cause of action, Defendant **WENDY'S PROPERTIES, LLC** (hereinafter "**WENDY'S PROPERTIES**") was a domestic corporation licensed to do business in the State of Illinois with its registered agent address as United Agent Group, Inc., 350 South Northwest Highway, Suite 300, Park Ridge, Illinois 60068.

3.      On March 24, 2021, and for a long time prior thereto, the Defendant **WENDY'S PROPERTIES**, owned, leased, possessed, operated, managed, maintained, designed, inspected, planned, and controlled or had a duty to own, lease, possess, operate, manage, maintain, design, inspect, plan and control, both directly and indirectly, individually and through its agent, servants and employees, a certain premise located at or near 8645 South Stony Island Avenue, Chicago, Illinois 60617.

4.      On March 24, 2021, Plaintiff **LATASHA**, was lawfully on the premises of Defendant **WENDY'S PROPERTIES**, located at 8645 South Stony Island Avenue, Chicago, Illinois 60617 (hereinafter "premises") as a customer of the store.

10

* 5 0 1 7 9 7 6 1 *

5.      On and before March 24, 2021, and at all times relevant, Defendant **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants and employees, retained the right to control, manage and maintain the aforesaid premises.

6.      On March 24, 2021 and prior thereto, the Defendant, **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants and employees, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

7.      That at the aforesaid time and place, Plaintiff **LATASHA** was walking within the premises to exit the restaurant.

8.      Defendant **WENDY'S PROPERTIES**, individually and/or by and through its agents, servants and employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a.  Improperly operated, managed, maintained, and controlled the aforesaid premises, so that as a direct and proximate result thereof, the Plaintiff was injured;

b.  Created a dangerous condition on the premises;

c.  Allowed and permitted liquid to be on the floor of the premises;

d.  Failed to warn customers, including Plaintiff of the liquid on the floor of the premises;

e.  Failed to maintain the floors, aisles and/or customer walkways entering and exiting the premises, in a reasonable, safe and proper condition;

f.  Failed to properly and adequately remove liquid from the floor of the premises;

g.  Failed to make a reasonable inspection of the aforesaid floors when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

11

h.  Failed to warn the Plaintiff of the dangerous condition on the floors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

i.  Failed to warn, block off, post signage, and/or barricade the floor to prevent injury to Plaintiff;

j.  Failed to ensure a safe, suitable and proper place for Plaintiff to walk while she was a customer in the premises;

k.  Failed to provide adequate safeguards to prevent the Plaintiff from injury while lawfully upon said premises;

l.  Failed to provide the Plaintiff with a safe pathway to walk within the premises;

m.  Failed to provide the Plaintiff with a safe pathway to walk while exiting the premises; and/or

n.  Was otherwise careless or negligent.

9.    That on the aforementioned date and as a result of the aforesaid acts of the Defendant **WENDY'S PROPERTIES**, the Plaintiff was caused to slip and fall due to liquid on the floor of the premises as she was exiting the restaurant.

10.    That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant **WENDY'S PROPERTIES**, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned.  The Plaintiff also suffered great pain and anguish; both in mind and body and will in the future continue to suffer.  The Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

12

WHEREFORE, the Plaintiff, **LATASHA COLVARD**, demands judgment against the Defendant, **WENDY'S PROPERTIES, LLC**, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

**Respectfully submitted**,

_____
An Attorney for Plaintiff

Atty. No.: 61090
Patricia A. Hudson
Jonathan D. Treshansky
**TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC**
225 W. Wacker Dr., Suite 1650
Chicago, Illinois 60606
Telephone: (312) 586-1700
Fax: (312) 586-1701
phudson@tpmblegal.com
jtreshansky@tpmblegal.com

Il Law Division initial Case Management Dates will be heard via ZOOM.
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court date: 8/16/2022 9:30 AM

* 5 0 1 7 9 7 6 1 *
FILED
6/13/2022 3:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005306
Calendar, C
18269880

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LATASHA COLVARD,

**Plaintiff,**

vs.

WENDY'S INTERNATIONAL, LLC, and WENDY'S PROPERTIES, LLC,

**Defendant.**

**Court No.**

**Jury Demand**

### RULE 222(b) AFFIDAVIT

Now comes the Affiant, PATRICIA A. HUDSON, and states the following under oath:

1.    That she is one of the attorneys for the Plaintiff in this matter;

2.    The total money damages sought in this matter exceeds $50,000.00, exclusive of interest and costs.

Affiant further sayeth naught.

_____
Patricia A. Hudson

[X]    Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

Atty. No.: 61090
Patricia A. Hudson
Jonathan D. Treshansky
**TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC**
225 W. Wacker Dr., Suite 1650
Chicago, Illinois 60606
Telephone: (312) 586-1700
Fax: (312) 586-1701
phudson@tpmblegal.com
jtreshansky@tpmblegal.com

JUN 2 3 2022